## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

```
- ---------------------------------------------------------------- x
NICOLE DAVIS, on behalf of herself and all          :      Case No.: 1:25-cv-15753
others similarly situated,                          :
                                                    :
              Plaintiffs,                           :
                                                    :      NOTICE OF VOLUNTARY
          v.                                        :      DISMISSAL WITH
                                                           PREJUDICE
Woven Nook LLC,                                     :

              Defendant.                            :
                                                    :
                                                    :
                                                    :
                                                    :
- ---------------------------------------------------------------- x
```

PLEASE TAKE NOTICE, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.


Dated: April 1, 2026


EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*


**/s/ David B. Reyes**

By: David B. Reyes, Esq.
4903 Avenue N,
Brooklyn, NY 11234
O: 844-731-3343
D: 718-554-0237
Email: Dreyes@ealg.law